

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 7 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) CRIMINAL NO. 23-272 MLG<br>) |
| vs. | ) Count 1: 18 U.S.C. §§ 1153 and<br>) 113(a)(3):  Assault with a Dangerous |
| **STEVEN WILLIAMS,** | ) Weapon;<br>) |
| Defendant. | ) Count 2: 18 U.S.C. §§ 1153 and<br>) 113(a)(8):  Assault of an Intimate<br>) Partner by Strangling. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about or between February 11, 2023, to February 14, 2023, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **STEVEN WILLIAMS,** an Indian, assaulted Jane Doe with a dangerous weapon, specifically, a knife, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

Count 2

On or about or between February 11, 2023, to February 14, 2023, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **STEVEN WILLIAMS,** an Indian, assaulted Jane Doe, the defendant's spouse, intimate partner, and dating partner, by strangling, suffocating, and attempting to strangle and suffocate Jane Doe.

In violation of 18 U.S.C. §§ 1153 and 113(a)(8).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney