# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 23-272 KG | USA vs.: | Williams |
| Date: | 7/19/24 | Name of Deft: | Steven Williams |

| | |
|---|---|
| Before the Honorable: | Kenneth J. Gonzales |
| Time In/Out: | 10:32-11:20 AM |
| Total Time in Court (for JS10): | 48 minutes |
| Clerk: | J. Gonzales |
| Court Reporter: | Irene Delgado |
| AUSA: | Mark Probasco |
| Defendant's Counsel: | Angelica Hall |
| Sentencing in: | ABQ |
| Interpreter: | |
| Probation Officer: | Saira Bustillos-Quintana |
| Interpreter Sworn? | Yes / No |

**Convicted on:** X Plea ☐ Verdict  **As to:** ☐ Information  X Indictment
**If Plea:** ☐ Accepted ☐ Not Accepted  **Adjudged/Found Guilty on Counts:** 1
**If Plea Agreement:** X Accepted ☐ Not Accepted ☐ No Plea Agreement  **Comments:**
**Date of Plea/Verdict:** 11/14/23  **PSR:** X Not Disputed ☐ Disputed  X Courts adopts PSR Findings
**Evidentiary Hrg:** X Not Needed ☐ Needed  **Exceptions to PSR:**

## SENTENCE IMPOSED
**Imprisonment (BOP):** 57 months
**Supervised Release:** 3 years  **Probation:**
**REC:** X 500-Hour Drug Program ☐ BOP Sex Offender Program  **Other:**
**ICE:** ☐ Court recommends ICE begin removal proceedings immediately or during service of sentence  ☐ ICE not applicable

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | | Community service for ___ months ___ days |
| X | Participate in outpatient substance abuse treatment program | X | Reside Residential Reentry Center up to 180 days |
| X | Participate in mental health treatment program | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | Possess no sexual material |
| X | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| X | Refrain from use and possession of synthetic cannabinoids, etc. | | No loitering within 100 feet of school yards |
| | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | | Participate in an educational or vocational program approved by the Probation Officer |

**OTHER:**
You shall waive your right of confidentiality-substance abuse
You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed more than 60 test(s) per year.
You must not use or possess alcohol. You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or an alcohol monitoring technology program to determine if you have used alcohol. Testing shall not exceed more than 4 test(s) per day.
You shall waive your right of confidentiality-mental health
You must take all mental health medications that are prescribed by your treating physician.
You must participate in and successfully complete a community-based program which provides education and training in domestic violence prevention.
You must participate in and successfully complete a community-based program which provides education and training in domestic violence prevention.

| | | | |
|---|---|---|---|
| Fine: | $ 0.00 | Restitution: | $ Open for 90 days |
| SPA: | $ 100.00 | Payment Schedule: | X Due Immediately ☐ Waived |

**OTHER:**

|   | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Held in Custody |   | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | FCI Phoenix, AZ |
|   | Dismissed Counts: | | |
| OTHER COMMENTS: | Ms. Hall argues in support of variance.<br>Victim addresses Court.<br>Mr. Probasco requests high end of guideline range-leaving restitution open for 90 days.<br>Defendant addresses Court. | | |